UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHRONDREY ARINGTON,

        Plaintiff,                              Case No. 1:21-cv-13057

v.                                             Honorable Thomas L. Ludington
                                                United States District Judge

ASHLEY and DEPALMA,

                                            Honorable Curtis Ivy Jr.
        Defendants.                      United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
PLAINTIFF'S COMPLAINT AS TO "ASHLEY" WITHOUT PREJUDICE**

This matter is before this Court upon Magistrate Judge Curtis Ivy Jr.'s Report and Recommendation (R&R), ECF No. 22, recommending that the undersigned dismiss Plaintiff's Complaint, ECF No. 1, as to Defendant Ashley without prejudice.

Although the R&R states that the parties could object to and seek review of the recommendation within 14 days of service, neither Plaintiff nor Defendants filed any objections. They have therefore waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Magistrate Judge Ivy's Report and Recommendation, ECF No. 22, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE** as to Defendant Ashley.

**This is not a final order and does not close the above-captioned case**.

Dated: October 6, 2022                               s/Thomas L. Ludington
                                                               THOMAS L. LUDINGTON
                                                                United States District Judge