UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHRONDREY ARINGTON,

        Plaintiff,                                   Case No. 1:21-cv-13057

v.                                               Honorable Thomas L. Ludington
                                                     United States District Judge
DEPALMA,

                                                     Honorable Curtis Ivy Jr.
       Defendant.                                United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITH PREJUDICE, AND DENYING AS MOOT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On June 16, 2023, Magistrate Judge Curtis Ivy Jr., issued a report recommending that Plaintiff Shrondrey Arington's Complaint be dismissed with prejudice for failure to prosecute. ECF No. 34; *see also* FED. R. CIV. P. 41(b). Judge Ivy provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in the Report.

Accordingly, it is **ORDERED** that Judge Ivy's Report and Recommendation, ECF No. 34, is **ADOPTED**. Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**. Further, it is **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 30, is **DENIED AS MOOT**.

    **This is a final order and closes the above-captioned case**.

Dated: July 6, 2023                                          s/Thomas L. Ludington
                                                                       THOMAS L. LUDINGTON
                                                                       United States District Judge